THE ULSTER AND DELAWARE BLUESTONE COMPANY, Plaintiff,
    *v.* THOMAS G. CARLIN, Appellant, and JAMES W. LANE et al.,
    Composing the Firm of J. W. LANE & Co., Respondents,
    Impleaded with Another.

*Ulster & Delaware Bluestone Co.* v. *Carlin,* 69 App. Div. 426, appeal
dismissed.
(Submitted June 9, 1902; decided June 17, 1902.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered March 13, 1902, affirming a
judgment in favor of respondents herein entered upon the
report of a referee.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*William H. Lane* for motion.

*Henry P. Burr* opposed.

. Motion granted and appeal dismissed, with costs and ten dollars costs of motion.